```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 33849
   TONI MARIE MONTGOMERY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-2179


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/13/2004 and was confirmed 11/18/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.95% from remaining funds.

      The case was paid in full 09/18/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
US BANK/RETAIL PAYMENT     SECURED              .00             .00             .00
BENEFICIAL ILLINOIS        CURRENT MORTG        .00             .00             .00
HOUSEHOLD FINANCIAL SERV   CURRENT MORTG        .00             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         1928.26           76.34         1928.26
AMMAR BAYRAKDAR MD         UNSECURED      NOT FILED             .00             .00
ANIL K AGARWAL DDS         UNSECURED      NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED       13204.45             .00         3030.95
RESURGENT ACQUISITION LL   UNSECURED       12630.23             .00         2899.14
ECAST SETTLEMENT CORP      UNSECURED OTH     567.71             .00          130.42
ECAST SETTLEMENT CORP      UNSECURED       15259.20             .00         3502.60
RESURGENT ACQUISITION LL   UNSECURED        4037.97             .00          926.88
WASHINGTON MUTUAL          CURRENT MORTG        .00             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED            .00             .00             .00
PETER FRANCIS GERACI       DEBTOR ATTY     1,205.00                        1,205.00
TOM VAUGHN                 TRUSTEE                                           860.41
DEBTOR REFUND              REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                14,560.00

PRIORITY                                         1,928.26
    INTEREST                                        76.34
SECURED                                               .00
UNSECURED                                       10,489.99
ADMINISTRATIVE                                   1,205.00
TRUSTEE COMPENSATION                               860.41
DEBTOR REFUND                                         .00
                       ---------------       ---------------
TOTALS                 14,560.00                14,560.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 33849 TONI MARIE MONTGOMERY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/27/07 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

PAGE 2
CASE NO. 04 B 33849 TONI MARIE MONTGOMERY